AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Eastern District of New York

| United States of America | ) |
| v. | ) Case No. 20-MJ- 20 162 M |
| BENJAMIN DOWNS, also known as "Biff Dover" | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BENJAMIN DOWNS, also known as "Biff Dover",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography (18 U.S.C. §§ 2252(a)(2) and 2252(b)(1))

Date: 02/14/2020

*Issuing officer's signature*

City and state: Central Islip, New York

Hon. Arlene R. Lindsay, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*